IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHERYL K. SCHMITT,<br><br>         Plaintiff,<br><br>vs.<br><br>FIRSTSOURCE ADVANTAGE, LLC,<br><br>         Defendant. | 8:20CV512<br><br>**ORDER OF DISMISSAL** |

The parties filed a Stipulation for Dismissal with Prejudice (Filing No. 5) advising the Court that the parties have agreed that Plaintiff's claims be dismissed with prejudice.

Accordingly,

**IT IS ORDERED** that the Stipulation for Dismissal with Prejudice (Filing No. 5) is approved and granted. The above-captioned case is dismissed with prejudice. Judgment will be entered by separate document.

Dated this 2nd day of March, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge